IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM LACY,

        Plaintiff,

v.

BRAEBURN CAPITAL, et al.,

        Defendants.
_____/

No. CV-14-1805 JSC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Plaintiff's complaint is DISMISSED.  The dismissal is with prejudice since any amendment would be futile in light of the res judicata bar.


Dated: August 20, 2014                                              Richard W. Wieking, Clerk

                                                                     *Tracy Lucero*

                                                                      By: Tracy Lucero
                                                                         Deputy Clerk